UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case No. 1:18-cr-121-01-PB |
| v. | ) | |
| | ) | |
| TREVOR PALLADINO | ) | |
| | ) | |

# CRIMINAL INFORMATION

**The United States Attorney Charges:**

## COUNT ONE

**[Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]**

Beginning at an unknown date but at least by on or about October 30, 2015, in the District of New Hampshire, the defendant,

**TREVOR PALLADINO,**

did knowingly possess matter that contained any visual depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

1

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

Date: July 30, 2018

SCOTT W. MURRAY
United States Attorney
District of New Hampshire

By: *[signature]*
Georgiana L. Konesky
Assistant U.S. Attorney